PROB 12C
(6/16)

Report Date: October 8, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 13, 2026
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bernard Armer Brill Case Number: 0980 2:20CR00097-TOR-1

Address of Offender: [redacted] Coulee City, Washington 99115

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 10, 2021

Original Offense: Possession with the Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Original Sentence: Prison - 60 months
TSR - 48 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: February 27, 2024

Defense Attorney: James Houston Goddard

Date Supervision Expires: February 26, 2028

## PETITIONING THE COURT

To issue a **warrant**.

On February 27, 2024, a U.S. Probation Officer met with the offender and reviewed the judgment and conditions of supervision. The offender was provided with a copy of the judgment and conditions as reviewed. The offender signed the judgment acknowledging this review and receipt.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On September 3, 2026, the undersigned officer met with the offender at his residence and notified the offender that a urine sample was to be collected for drug testing during that contact. After approximately 1 hour had elapsed, the offender reported he was unable to provide a urine sample. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: On September 8 and 23, 2026, the offender reported to the U.S. Probation Office for the purpose of a urinalysis drug test (UA). On both dates, the urine |

sample provided resulted in a presumptive positive result for methamphetamine. The samples were sealed in the offender's presence and sent to the National Testing Laboratory (NTL) for confirmation. In both instances, the offender signed a denial of use form.

On September 15, 2026, the NTL returned a confirmed positive result for methamphetamine for the September 8, 2026, sample. On October 6, 2026, the NTL again returned a confirmed positive result for methamphetamine. This time for the September 23, 2026, sample.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/08/2026

s/ Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

October 13, 2026

Date